IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID W. FRAME,

      Petitioner,

v.                                        CASE NO. 4:09cv220-SPM/WCS

FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 5) dated August 14, 2009. Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's Report and Recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.     This case is transferred to the United States District Court for the

Middle District of Florida for all further proceedings.

DONE AND ORDERED this 15th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge